# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORLANDO AND PAULETTE DEJESUS, FATHER AND MOTHER AND NEXT OF KIND OF BLAISE DEJESUS, DECEASED, | : : : : : | 
| Plaintiffs, | : : |
| v. | : : |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., *et al.* | : : : |
| Defendants. | : |

Case No. 1:15-CV-01065-GMS

TRIAL BY JURY OF TWELVE DEMANDED

## PARTIAL STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that all claims and cross claims against Connections Community Support Programs, Inc. in the above-captioned action be dismissed with prejudice.

Signatures on next page

21416568v.1

-2-

| | |
|---|---|
| LAW OFFICE OF DANIEL C. HERR LLC | WHITE AND WILLIAMS LLP |
| /s/ Daniel C. Herr | /s/ Dana Spring Monzo |
| Daniel C. Herr (#5497)<br>1225 N. King Street, Suite 1000<br>Wilmington, DE  19801<br>Attorney for Plaintiff | Dana Spring Monzo (#4605)<br>Courthouse Square<br>600 North King Street, Suite 800<br>Wilmington, DE  19801<br>Attorney for Defendants,<br>Connections Community Support Program, Inc. |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ryan P. Connell

Ryan P. Connell (#5423
Deputy Attorney General
Carvel State Bldg., 6th Floor
820 N. French Street
Wilmington, DE  19801
Attorney for State Defendants

21416568v.1