IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORLANDO & PAULETTE DEJESUS, FATHER AND MOTHER AND NEXT OF KIN OF BLAISE DEJESUS, DECEASED,<br><br>    Plaintiffs,<br><br>v.<br><br>LT. TODD DRACE, et al.,<br><br>    DefendantS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-1065-CFC<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

For the reasons set forth in the Memorandum Opinion and Order of July 26, 2021;

IT IS ORDERED that judgment is entered in favor of Defendants and against Plaintiffs.

_____
United States District Judge

Dated: 7.26.21

_____
(By) Deputy Clerk